IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURTIS RONINGEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-550-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kurtis Roningen reversing and remanding the decision defendant Carolyn W. Colvin, Actiong Commissioner of Social Security, denying plaintiff's application for disability benefits.

    s/ R.Plender, Deputy Clerk                        9/30/2014

    Peter Oppeneer, Clerk of Court                     Date