IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURTIS R. RONINGEN,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

  v.                                            Case No. 13-cv-550-jdp

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Kurtis R. Roningen attorney fees and expenses in the amount of $7,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    s/ N. Nelson, Deputy Clerk                        1/14/2015
      Peter Oppeneer, Clerk of Court                       Date